IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL FRANK BOHMAN and
MICHELLE LYNN BOHMAN,

    Plaintiff,

v.

SHERIFF GREGORY HERRICK,
Clark County; CENLAR FSB;
BAYVIEW LOAN SERVICING;
GRAY AND ASSOCIATES, LLP;
and JUDGE JOHN COUNSEL,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-947-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Sheriff Gregory Herrick, Cenlar FSB, Bayview Loan Servicing and Judge John Counsel denying plaintiffs Paul Frank Bohman and Michelle Lynn Bohman's motions for injunctive relief, for authentication of documents and evidences and for production of documents and dismissing this case for lack of federal jurisdiction.

By: _____, Deputy Clerk      12-27-12
    Peter Oppeneer, Clerk of Court                          Date